[No. 41682-4-II.  Division Two.  April 30, 2013.]

JEFFREY R. McKEE, *Appellant*, v. THE DEPARTMENT OF
CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-2-01366-8, Paula Casey, J., entered December 9, 2010. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 41718-9-II.  Division Two.  April 30, 2013.]

ROGER R. MARTIN, *Respondent*, v. THE DEPARTMENT OF
LICENSING, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 10-2-00275-9, James E. Warme, J., entered December 13, 2010. *Reversed* by unpublished opinion per Van Deren, J., concurred in by Worswick, C.J., and Penoyar, J. Now published at 175 Wn. App. 9.

[Nos. 42027-9-II; 42031-7-II.  Division Two.  April 30, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DESMOND RAY
JOHNSON, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN WAYNE
FRANKLIN, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 09-1-02725-2, John R. Hickman, J., entered April 22, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Johanson, A.C.J., and Bjorgen, J.

[No. 42125-9-II.  Division Two.  April 30, 2013.]

ARTHUR WEST, *Appellant*, v. ROB McKENNA, *as Attorney
General*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-2-01546-6, Paula Casey, J., entered April 15, 2011. *Dismissed* by unpublished opinion per Worswick, C.J., concurred in by Van Deren and Penoyar, JJ.